1 | Malcolm A. Heinicke* (CA Bar No. 194174)
2 | V. Grace Davis* (CA Bar No. 336732)
  | MUNGER, TOLLES & OLSON LLP
3 | 560 Mission Street, Twenty-Seventh Floor
  | San Francisco, California 94105-2907
4 | Telephone: (415) 512-4000
  | Malcolm.Heinicke@mto.com
5 | Grace.DavisFisher@mto.com

6 | Craig Jennings Lavoie* (CA Bar No. 293079)
  | Jennifer L. Bryant* (CA Bar No. 293371)
7 | Jin Niu* (CA Bar No. 362447)
  | MUNGER, TOLLES & OLSON LLP
8 | 350 South Grand Avenue, Fiftieth Floor
  | Los Angeles, California 90071-3426
9 | Telephone: (213) 683-9100
  | Craig.Lavoie@mto.com
10 | Jennifer.Bryant@mto.com
   | Jin.Niu@mto.com

11 | Theresa Cole Rassàs (AZ Bar No. 023416)
   | Brandon T. Delgado (AZ Bar No. 035924)
12 | OSBORN MALEDON, P.A.
   | 2929 North Central Avenue, 21st Floor
13 | Phoenix, Arizona 85012-2793
   | Tel (602) 640-9000
14 | Fax (602) 650-9050
   | trassas@omlaw.com
15 | bdelgado@omlaw.com

16 | Attorneys for Defendant
   | Phoenix Mercury Basketball, LLC
17 | * Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Anitra Blue, | No. CV-25-02320-PHX-KML |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| Phoenix Mercury Basketball, LLC, | |
| Defendant. | |

1   **PLEASE TAKE NOTICE** that all papers filed and served in this proceeding should
2   be served on the undersigned whose contact information is as follows:

3   Malcolm A. Heinicke* (CA Bar No. 194174)
    V. Grace Davis* (CA Bar No. 336732)
4   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
5   San Francisco, California 94105-2907
    Telephone:   (415) 512-4000
6   Malcolm.Heinicke@mto.com
    Grace.DavisFisher@mto.com
7
    Craig Jennings Lavoie* (CA Bar No. 293079)
8   Jennifer L. Bryant* (CA Bar No. 293371)
    Jin Niu* (CA Bar No. 362447)
9   MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, Fiftieth Floor
10  Los Angeles, California 90071-3426
    Telephone:   (213) 683-9100
11  Craig.Lavoie@mto.com
    Jennifer.Bryant@mto.com
12  Jin.Niu@mto.com

13  Theresa Cole Rassàs (AZ Bar No. 023416)
    Brandon T. Delgado (AZ Bar No. 035924)
14  OSBORN MALEDON, P.A.
    2929 North Central Avenue, 21st Floor
15  Phoenix, Arizona 85012-2793
    Tel (602) 640-9000
16  Fax (602) 650-9050
    trassas@omlaw.com
17  bdelgado@omlaw.com

18  Attorneys for Defendant
    Phoenix Mercury Basketball, LLC
19  * Admitted *pro hac vice*

20  DATED:  July 25, 2025          MUNGER, TOLLES & OLSON LLP

21
                                   By:     */s/ Malcolm A. Heinicke*
22                                        MALCOLM A. HEINICKE

23                                 Attorneys for Defendant
                                   Phoenix Mercury Basketball, LLC
24
25
26
27
28

-2-
NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which transmitted notice of the filing to all counsel of record.

                                              */s/ Malcolm A. Heinicke*
                                              MALCOLM A. HEINICKE